UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HAIRO CONTRERAS,

              Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for May 18, 2022, is adjourned to **June 30, 2022, at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Upon the application of the United States of America, by and through Assistant United States Attorney Patrick Moroney (Dkt. No. 9), and with the consent of the Defendant, by and through his counsel, Julia Gatto (Dkt. No. 8), it is further ordered that the time between May 18, 2022 and June 30, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide defense counsel additional time to review discovery and allow the parties to discuss a potential pretrial resolution of this matter.

Dated:  New York, New York
         May 16, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge