UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HAIRO CONTRERAS,

               Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference previously scheduled for June 30, 2022, is adjourned to **July 14, 2022, at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Upon the application of the United States of America, by and through Assistant United States Attorney Patrick Moroney, and with the consent of the Defendant, by and through his counsel, Hannah McCrea, it is further ordered that the time between June 30, 2022 and July 14, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide new defense counsel additional time to review discovery and determine whether to file any pretrial motions.

Dated: New York, New York
       June 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge