UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HAIRO CONTRERAS,

              Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will hear oral argument on Defendant's motion to dismiss (Dkt. No. 18) on **November 16, 2022, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         October 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge