**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2022

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: **United States v. Hairo Contreras**, 22 Cr. 129 (PGG)

Dear Judge Gardephe:

    As discussed with Chambers, the parties understand that the Court seeks to adjourn oral argument in this matter until Friday, November 18, 2022. The parties respectfully ask that oral argument be scheduled for 2:15 p.m. on that day. (The parties are unavailable in the morning and have a conflict beginning at 5 p.m. so wish to allow sufficient time for the argument).

    Although the Government believes that Speedy Trial time is already excluded under 18 U.S.C. § 3161(h)(1)(D) because the "hearing on, or other prompt disposition of," the motion has not yet occurred, the Government respectfully requests that the Court exclude time through November 18, 2022, while the Court considers the motions and to give the parties the opportunity to prepare for oral argument. The defense consents to the exclusion of time.

**MEMO ENDORSED**

*The hearing is adjourned to November 18, 2022 at 2:15 p.m. Time is already excluded pursuant to the above-cited statutory provision.*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 16, 2022

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):  Hannah McCrea, Esq.
                  Isaac Wheeler, Esq.