UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HAIRO CONTRERAS,

               Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated in open court today, the Court will hold an evidentiary hearing on Defendant's motion to dismiss (Dkt. No. 18) on **January 20, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The Government shall submit its response to Defendant's argument regarding the REAL ID Act of 2005 in the Reply Memorandum of Law in Support of Defendant's Motion to Dismiss the Indictment (Dkt. No. 24 at 4–5) by **December 2, 2022**.

Dated: New York, New York
       November 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge