UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HAIRO CONTRERAS,

                Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated in open court today, the Government's response to Defendant's February 22, 2023 letter (Dkt. No. 38) is due by **March 17, 2023**.

        Defendant's post-hearing submission is due by **March 16, 2023**. The Government's response is due by **April 6, 2023**. Defendant's reply, if any, is due by **April 13, 2023**.

Dated: New York, New York
       February 23, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge