UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HAIRO CONTRERAS,

             Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties are directed to submit a joint letter by **May 5, 2023** attaching as exhibits all exhibits received in evidence at the February 23, 2023 hearing.

Dated: New York, New York
       May 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge