UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HAIRO CONTRERAS,

                Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference previously scheduled for May 25, 2023 is adjourned to **May 31, 2023, at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge