**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2023

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: **United States v. Hairo Contreras**, 22 Cr. 129 (PGG)

Dear Judge Gardephe:

      Earlier today, the Court issued an order rescheduling the next status conference in this matter to May 31. The Government respectfully requests that the Court exclude Speedy Trial Act time through the date of the next status conference, pursuant to 18 U.S.C. § 3161(h)(7)(A). The requested exclusion is in the interest of justice because it will allow defense counsel to evaluate how to proceed pending the Court's decision on the motion to dismiss and allow the parties to consider a pretrial resolution. The defense consents to the requested exclusion.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Patrick R. Moroney
cc (by ECF): Michael Arthus, Esq.    Assistant United States Attorney
            Isaac Wheeler, Esq.    (212) 637-2330

**MEMO ENDORSED:**
Pursuant to 18 U.S.C. § 3161(h)(7)(A), and upon the application of the United States, through Assistant U.S. Attorney Patrick Moroney, and with Defendant's consent, the Court finds that the requested exclusion is in the interest of justice, and outweighs the interest of the public and the Defendant in a speedy trial, because the requested exclusion will allow the parties to consider a pretrial resolution following this Court's decision on Defendant's motion to dismiss the Indictment. Accordingly, time will be excluded from the date of this Order through May 31, 2023.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: May 26, 2023