UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>HAIRO CONTRERAS,<br><br>                    Defendant. | **ORDER**<br><br>22 Cr. 129 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for May 31, 2023 at 4:00 p.m. is rescheduled to **May 31, 2023 at 2:15 p.m.**

Dated: New York, New York
       May 30, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge