UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HAIRO CONTRERAS,

                Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Trial is scheduled for **August 14, 2023, at 9:30 a.m., in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York**.  Motions in limine, proposed voir dire, and requests to charge are due by **July 14, 2023**.  Responsive papers are due by **July 21, 2023**.

Dated: New York, New York
       May 31, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge