

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 5, 2023

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: <u>United States v. Hairo Contreras</u>, 22 Cr. 129 (PGG)

Dear Judge Gardephe:

    The parties respectfully request that the Court schedule a change-of-plea hearing in this matter. If convenient for the Court, the parties are available on July 19 any time after 12 p.m. Alternatively, the parties are available on August 1 between 11 a.m. and 2 p.m., and any time on August 2.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Patrick R. Moroney
    Assistant United States Attorney
    (212) 637-2330

cc (by ECF):  Michael Arthus, Esq.

    **MEMO ENDORSED:** A change of plea hearing in this matter will be held on **July 19, 2023 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. The trial in this matter scheduled to commence on August 14, 2023 and all associated deadlines are adjourned sine die.

    SO ORDERED.

    _____
    Paul G. Gardephe
    United States District Judge
    Dated:  July 7, 2023