# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 25, 2023

**BY ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY   10007

Re: **United States v. Hairo Contreras**
        **22-Cr-129 (PGG)**

Dear Judge Gardephe:

I represent defendant Hairo Contreras in the above-captioned case.   I write to request an adjournment of the sentencing date and accompanying submission deadlines until January 2024. The government does not object to this request.

Mr. Contreras is currently released on bond.   The defense's sentencing submission is due on November 2, 2023, and the government's submission is due on November 9, 2023.   Sentencing is scheduled to take place on November 16, 2023.

The defense is currently awaiting receipt of a number of records that are relevant to Mr. Contreras's sentencing.   Additionally, Mr. Contreras's doctor has scheduled him to undergo bariatric surgery on November 14, 2023, two days before the scheduled sentencing date.   Following the completion of that surgery, Mr. Contreras will need time to recover.   That surgery is necessary to Mr. Contreras's health and wellbeing, and will likely be unavailable to him if he is sentenced to a term of incarceration.

Given the outstanding status of relevant records, and in light of Mr. Contreras's upcoming surgery, I request that the Court adjourn sentencing in this matter and reset the submission deadlines accordingly.   There have been no previous requests for an adjournment.   I have conferred with the government, and the parties are available the week of January 29, 2024.

**MEMO ENDORSED:**  Sentencing is
adjourned to February 2, 2024 at 2:00 p.m.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated:  September 27, 2023

Sincerely,
/s/

Michael Arthus
Assistant Federal Defender
212-417-8760