UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - against -

HAIRO CONTRERAS,

              Defendant.

**ORDER**

22 Cr. 129 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The parties are directed to make a submission by **Wednesday, February 21, 2024**, addressing the basis for Defendant Contreras's parole violation in 2021. In its submission, the Government will address the basis for stating in its sentencing submission that, "[a]s far as the Government is aware, that [2021] parole violation was based on the defendant's illegal re-entry into the country." (Govt. Br. (Dkt. No. 69) at 3)

Dated: New York, New York
       February 20, 2024

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge